# Notice Recipients

District/Off: 0315–2          User: auto          Date Created: 7/1/2022

Case: 22–20221–GLT          Form ID: pdf900          Total: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr          U.S. Bank National Association as Legal Title Trustee For Truman 2016 SC6 Title Trust

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

ust          Office of the United States Trustee          ustpregion03.pi.ecf@usdoj.gov

tr          Ronda J. Winnecour          cmecf@chapter13trusteewdpa.com

aty          Emmanuel J. Argentieri          bk@rgalegal.com

aty          Jeffrey Hunt          ecfpeoples@grblaw.com

aty          Mary F. Kennedy          mary@javardianlaw.com

aty          Russell A. Burdelski          Russ@BurdelskiLaw.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Keith A. McConville          353 WAGON WHEEL TRAIL          WEXFORD, PA 15090

cr          Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania          10561 Telegraph Road          10561 Telegraph
          Road          Glen Allen, VA 23059

cr          Peoples Natural Gas Company LLC          GRB Law          c/o Jeffrey R. Hunt, Esquire          525 William Penn
          Place, Suite 3110          Pittsburgh, PA 15219 UNITED STATES

15452415          BANK OF AMERICA, NA          PO BOX 15222          Wilmington, DE 19886–5222

15452416          CHASE MANHATTAN MORTGAGE          700 KANSAS LANE          Monroe, LA 71203

15452417          CITIZENS BANK          C/O GREGORY JAVARDIAN, ESQUIRE          1310 INDUSTRIAL BLVD,
          #101          Southampton, PA 18966

15452418          CITIZENS BANK          PO BOX 42111          Providence, RI 02940

15459635          Citizens Bank, N.A. s/b/m to Citizens Bank          of Pennsylvania          10561 Telegraph Road          Glen Allen, VA
          23059

15452419          KEYBANK          PO BOX 94955          Cleveland, OH 44101

15465846          Peoples Natural Gas Company LLC          c/o GRB Law          Jeffrey R. Hunt, Esquire          525 William Penn
          Place          Suite 3110          Pittsburgh, PA 15219

15472476          US Bank, NA as Trustee for Truman          2021 SC9 Title Trust          c/o Rushmore Loan Management
          Services          P.O. Box 52708          Irvine, CA 92619–2708

TOTAL: 11